245 So.2d 411

**QUICK FINANCE SERVICE, INC.**

v.

**Johnny L. YOUNGBLOOD.**

**No. 51248.**

March 24, 1971.

In re: Marine Specialty and Mill Supply Co., Inc. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 243 So.2d 321.

Writ refused. The result is correct.

245 So.2d 411

**Kenneth C. BOYTER**

v.

**Bobby Gene WATSON.**

**No. 51261.**

March 24, 1971.

In re: Kenneth C. Boyter applying for writs of mandamus, certiorari and prohibition.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction. There is no irreparable injury and relator has an adequate remedy by moving to set the case for trial.